PER CURIAM.

(No. 75-CC-755—)

GREAT LAKES FIRE AND SAFETY EQUIPMENT CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 9, 1975.*

LEWIS, OVERBECK & FURMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.